# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADE JOSEPH JONI KUNDRAT, | No. CV 15-1372-VBF (KS) |
| Plaintiff, | |
| v. | ORDER |
| RABBI J. LAZAR, | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the parties' Stipulation For Voluntary Dismissal With Prejudice ("Stipulation"), which was filed on December 22, 2015, **IT IS ORDERED** that this action is dismissed with prejudice, each party is to bear his own costs, fees, and expenses of any type, including attorney's fees, there is no prevailing party in this action, and the mediator shall retain jurisdiction for the sole purposes of enforcement of the terms of the settlement agreement between the parties.

DATED: 1/11/2016

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE