UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADE JOSEPH JONI KUNDRAT, | No. CV 15-1372-VBF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| RABBI J. LAZAR, | |
| Defendant. | |

The Court having approved the parties' Stipulation For Voluntary Dismissal With Prejudice ("Stipulation"), which was filed on December 22, 2015, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is dismissed with prejudice consistent with the terms of the Stipulation.

DATED: 1/11/2016

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

*Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-